THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL J. COREY,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SNOHOMISH COUNTY<br>CORRECTIONS BUREAU,<br><br>　　　　　　　Defendant. | CASE NO. C16-0704-JCC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

　　This matter comes before the Court on the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge (Dkt. No. 13). Plaintiff Daniel Corey did not file any objections to the Report and Recommendation by the Court imposed deadline of November 2, 2016 and has not does so as of the date of this order. The Court, having reviewed Plaintiff's complaint, the Report and Recommendation, and the lack of objections thereto, and the remaining record, does hereby find and ORDER:

　　(1) The Court adopts the Report and Recommendation.

　　(2) This matter is DISMISSED, without prejudice, for failure to prosecute pursuant to Local Civil Rule 41(b)(2).

　　(3) The Clerk is respectfully directed to send copies of this Order to Plaintiff at his last known address and to Judge Donohue.

　　//

ORDER ADOPTING REPORT AND
RECOMMENDATION
PAGE - 1

1   DATED this 6th day of December 2016.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND
RECOMMENDATION
PAGE - 2